IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

CASEY DALE MAYER,

    Plaintiff,

v.

UNITED STATES OF AMERICA, ERIC HOLDER, SALLY Q. YATES, FRANK R. PAPAGNI,

    Defendants.

Civ. No. 6:18-cv-00230-MK

ORDER

MCSHANE, Judge:

    Magistrate Judge Mustafa T. Kasubhai filed a Findings and Recommendation (ECF No. 52), and the matter is now before this court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72. Plaintiff Moved for an Extension of Time to file an objection (ECF No. 54), but the Court denied this motion (ECF No. 55).

    Even without an objection, the Court reviews the Findings and Recommendation *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). The Court finds no error and concludes the report is correct. Magistrate Judge Kasubhai's Findings and Recommendation (ECF No. 52) is adopted.

1 –ORDER

IT IS SO ORDERED.

DATED this 31st day of October, 2019.

_____/s/ Michael J. McShane_____
Michael McShane
United States District Judge

2 –ORDER